AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Jonathan Lee Riches, #404948-018

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 6-08-168-MBS

Vinod Khosla dba Khosla Ventures

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice and without issuance of service of process.

LARRY W. PROPES, Clerk

By: s/ L.K. McAlister
Deputy Clerk

March 25, 2008